UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62676-CIV-SINGHAL

JUAN ALONSO ARROYO,

    Petitioner,

        v.

MITCHELL DIAZ, in his official capacity as Assistant Field Office Director, Broward Transitional Center, *et al.,*

    Respondents.

_____/

## ORDER ENJOINING TRANSFER OF PETITIONER OUTSIDE THE SOUTHERN DISTRICT OF FLORIDA PENDING RESOLUTION OF HABEAS PETITION

**THIS CAUSE** came before the Court for hearing on January 15, 2026, hearing on Petitioner's Petition for Writ of Habeas Corpus (DE [1]). Having considered the arguments of counsel and being otherwise fully advised, the Court finds that an order preserving jurisdiction is warranted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. Respondents, their agents, officers, employees, and all persons acting in concert with them are **ENJOINED** from transferring Petitioner, JUAN ALONSO ARROYO from the Southern District of Florida**,** pending further order of this Court;

2. This Order is entered to preserve this Court's jurisdiction over the pending habeas corpus proceedings; and

    3. Nothing in this Order shall be construed as a ruling on the merits of the Petition for Writ of Habeas Corpus.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida, this 15th day of January 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF.